**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

KIM C SMITH
      Plaintiff,                                         1:25-cv-00077-JAM
      v.

LELAND DUDEK,
ACTING COMMISSIONER OF SOCIAL SECURITY,
      Defendant.

## LETTER MOTION WITH PROPOSED BRIEFING SCHEDULE

In accordance with Local Social Security Rule 4.1, the parties have met and conferred in good faith and agreed upon the following briefing schedule:

    Plaintiff's Brief due by May 15, 2025;

    Defendant's Brief due by July 14, 2025; and

    Plaintiff's Reply due August 4, 2025.

On March 24, 2025, Plaintiff's counsel contacted Defendant's counsel for an extension to file Plaintiff's brief. This was Plaintiff's first request for extension, as indicated in the Motion for Extension filed on March 25, 2025 and granted by the Court on May 25, 2025. The parties have conferred on March 26, 2025 and have agreed on the above indicted briefing schedule.

Dated: March 26, 2025

By: /s/ *Shannon Fishel*             By: /s/ *Ida Comerford*
Shannon Fishel                         Ida Comerford
Special Assistant United States Attorney    Attorney for Plaintiff
Office of Program Litigation, Office 2       Hiller Comerford Injury & Disability Law PLLC
Office of the General Counsel             6000 N. Bailey Avenue. Suite 1A
Social Security Administration            Amherst, NY 14226
6401 Security Boulevard                 (716) 564-3288
Baltimore, MD 21235                   icomerford@hillercomerford.com
(404) 562-1076
Shannon.Fishel@ssa.gov

SO ORDERED:

*Joseph A. Marutollo*                   March , 26  2025
Joseph A. Marutollo
United States Magistrate Judge
United States District Court