UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
KIM C. SMITH,
                Plaintiff,

                                                                            Civil Action

      v.                                                                      1:25-cv-00077-JAM

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-------------------------------------------------------X

## STIPULATION AND ORDER FOR REMAND

The parties, through their attorneys, hereby stipulate and agree that this Court reverse and remand the final decision of the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). The parties agree that on remand, the Commissioner will offer the plaintiff the opportunity for a hearing, take further action to complete the administrative record, reevaluate the medical opinion evidence, and issue a new decision.

The Clerk of the Court shall enter judgment in this case once this Stipulation and Order has been signed and so ordered by the Court.

| | |
|---|---|
| */s/     Ida M. Comerford* | JOSEPH NOCELLA, JR. |
| Ida M Comerford, Esq. | United States Attorney |
| Hiller Comerford Injury & Disability Law | Eastern District of New York |
| 6000 North Bailey Avenue, Suite 1A | *Attorney for Defendant* |
| Amherst, NY 14226 | By: */s/ Geoffrey M. Peters* |
| 716-564-3288 | Geoffrey M. Peters |
| icomerford@hillercomerford.com | Special Assistant United States Attorney |
| *Attorney for Plaintiff* | Geoffrey.Peters@ssa.gov |

 **SO ORDERED:**

*Joseph A. Marutollo*
**HON. JOSEPH A. MARUTOLLO**
**UNITED STATES MAGISTRATE JUDGE**