UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
KIM C. SMITH,

                      Plaintiff,

  v.

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
-------------------------------------------------------X

**STIPULATION AND ORDER
REGARDING ATTORNEY FEES**

Civil Action No.
1:25-cv-00077-JAM

The parties, through their attorneys, hereby stipulate that plaintiff is awarded:

1. $6,941.72 in attorney fees and expenses, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d); and
2. $405.00 in court costs, which shall be paid from the Judgment Fund pursuant to 28 U.S.C. § 1920.

It is further agreed that payment of fees will be made directly to plaintiff's attorney if plaintiff has agreed to assign the rights to EAJA fees to plaintiff's attorney, and provided that plaintiff owes no debt that is subject to offset under the Treasury Offset Program.

*/s/ Ida M. Comerford*
Ida M. Comerford, Esq.
Attorney for Plaintiff
Hiller Comerford Injury & Disability Law
6000 North Bailey Avenue, Suite 1a
Amherst, NY 14226
716-564-3288
Email: icomerford@hillercomerford.com

**SO ORDERED: September 11, 2025**

*Joseph A. Marutollo*
_____
**HON. JOSEPH A. MARUTOLLO
U.S. MAGISTRATE JUDGE**

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York
271 Cadman Plaza East, 7th Floor
Brooklyn, New York 11201

*/s/ Geoffrey M. Peters*
Geoffrey M. Peters
Special Assistant United States Attorney
(212) 264-1298
Geoffrey.Peters@ssa.gov